AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
#### Eastern District of California

| | |
|---|---|
| In the Matter of the Search of: ) | |
| ) | |
| The residence located at 4910 Sierra College Blvd., ) | Case No. |
| Rocklin, California, as described in Attachment A- ) | |
| 1. ) | |
| ) | |

**FILED**

MAR 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**2:18 - SW - 0311   EFB**

**See ATTACHMENT A-1, attached hereto and incorporated by reference.**

located in the _____ Eastern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B, attached hereto and incorporated by reference.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☐ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(8) | Possession of a firearm by a person prohibited by court order. |

The application is based on these facts:

**See Affidavit of ATF Special Agent Matthew C. Ryckman, attached hereto and incorporated by reference.**

- ☒ Continued on the attached sheet.
- ☐ Delayed notice of ___30___ days (give exact ending date if more than 30 _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew C. Ryckman, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    March 29, 2018

_____
*Judge's signature*

City and state:    Sacramento, California

Hon. Edmund F. Brennan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Matthew C. Ryckman, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, declare and state as follows:

### Background and Experience

1.      I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been an ATF Special Agent since August 2016. I have received training in federal firearms laws and regulations at the ATF National Academy and Federal Law Enforcement Training Center (FLETC). Prior to becoming an ATF Special Agent, I served as a Police Officer with the Baltimore Police Department (Maryland) for approximately eight years. My assignments there included working as a Detective and Task Force Officer (TFO) with the High Intensity Drug Trafficking Area (HIDTA) Drug Enforcement Agency (DEA), Group 54.

2.      I have participated in all aspects of criminal investigations during my 8-year career in law enforcement, including managing confidential informants; surveillance; undercover operations as the undercover operative; conducting controlled purchases of firearms and/or drugs; interviewing suspects; and executing search and arrest warrants. I have been the affiant of numerous affidavits for search warrants, arrest warrants, and the co-affiant on a Title III wiretap investigation. I have been the affiant of numerous affidavits for search warrants relating to firearms offenses.

3.      Based on my training and experience as an ATF Special Agent, I am familiar with federal firearms laws. I know that it is unlawful under Title 18, United States Code, Section 922(g)(8), for any person who is subject to a court order restraining that person from harassing, stalking, or threatening an intimate partner or child of an intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, to possess any firearms or ammunition that has been shipped or transported in interstate or foreign commerce.

4.      I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

5.      Unless stated otherwise, I have personal knowledge of all of the matters set forth in this affidavit. To the extent any information in this affidavit is not within my personal knowledge, it was made known to me through my own review of the documents discussed in this affidavit and through reliable law enforcement sources, including discussions with other law enforcement personnel assigned to this case. The conclusions and opinions set forth below are based on my own training and experience as an ATF Special Agent, and conversations I have had with other law enforcement officers who are familiar with the facts and circumstances of this investigation.

1

6.      Because this affidavit is being submitted for the limited purpose of securing two separate search warrants, I have not included every fact known to me concerning this investigation. I have only set forth those facts I believe are necessary and appropriate to establish probable cause for the search warrant requested herein.

## Scope of Requested Search Warrant

7.      This affidavit is being submitted in support of a warrant to search the following:

    a.      The residence located at **4910 Sierra College Blvd., Rocklin, California** (TARGET LOCATION 1) as described in Attachment A-1;

    b.      The business located at **4150A Grass Valley Hwy., Auburn, California** (TARGET LOCATION 2), as described in Attachment A-2; and

    c.      The person of **Justin Michael Walker MONTGOMERY**, provided he is located in the Eastern District of California at the time this search warrant is executed. (*See* Attachment A-3.)

8.      TARGET LOCATIONS 1 and 2 are located in the Eastern District of California, and are further described in Attachments A-1 and A-2.

9.      Based on the facts set forth below, I believe that Justin MONTGOMERY is in possession of one or more firearms, in violation of 18 U.S.C. § 922(g)(8). Accordingly, this affidavit requests the authority to search the locations described in Attachments A-1 through A-3 to locate and seize the items described in Attachment B.

## Statement of Probable Cause

10.      On March 21, 2018, Special Agent Blake Graham (California Department of Justice) contacted me with information suggesting that Justin Michael Walker MONTGOMERY was likely in violation of 18 U.S.C. § 922(g)(8) – possession of a firearm by a person prohibited by court order. Special Agent Graham provided me with the following information:

11.      On March 18, 2018, the Rocklin Police Department received an anonymous call about a potential threat. The caller said that Justin MONTGOMERY had told him/her that "Tanya" or Tetiana Montgomery's life was in danger. The caller did not elaborate further, and was adamant that he/she did not want to provide a statement or have his/her name used in any reports. The police dispatcher tried to call Tetiana without success, and left a voicemail message, but Tetiana did not respond. (*See* Attachment C.)

12.      At that point, officers with the Rocklin Police Department conducted a records check for Tetiana Montgomery, and they learned that she was married to Justin MONTGOMERY. The police dispatch conducted a records check on Justin MONTGOMERY and learned that he was subject to a domestic violence restraining order issued by the circuit court in Sarasota County, Florida. Although the restraining order was issued in July 2005, it did not have an expiration date. The restraining order's terms are listed as being in full force and effect until further order

of the court, and it has no listed end date. As part of the order, MONTGOMERY was ordered to surrender any firearms and ammunition in his possession. (*See* Attachment D.)

13.     A records check of the California Armed Prohibited Persons System (APPS), lists Justin MONTGOMERY as "PROHIBITED" from owning/purchasing firearms. The prohibition has a start date of July 13, 2005, and an end date listed as, "LIFETIME." (*See* Attachment E.)

14.     A records check of the California Dealer's Record of Sales of Firearm (DROS), shows that Justin MONGOMERTY has purchased at least five firearms since 2016. These firearms are listed below:

    a.  June 12, 2016 – Stag Arm Stag-15 semi-automatic rifle (s/n: Y401434);
    b.  August 20, 2016 – Rock Island 1911 A-1 GIMS .45 caliber pistol (s/n: RIA1779563);
    c.  December 24, 2016 – Mossberg Model 500 12-gauge shotgun (s/n: V0463325);
    d.  May 13, 2017 – Keystone Arms Crickett .22 caliber bolt action rifle (s/n: 809471);
    e.  May 13, 2017 – Remington Arms Model 760 .270 caliber pump action rifle (s/n: 262251).

(*See* Attachment F.)

15.     The DROS reports each contain Justin MONTGOMERY's personal information and list his home address as "4910 Sierra College Blvd, Rocklin, CA 95677." A LexisNexis Accurint records check lists 4910 Sierra College Blvd, as MONTGOMERY's most recent address dating from April 2014 to March 2018. In addition, a California Department of Motor Vehicles record check lists 4910 Sierra College Blvd, Rocklin, CA 95677, as MONTGOMERY's home address.

16.     On March 22, 2018, I tried to conduct surveillance at 4910 Sierra College Boulevard in Rocklin, but was unable to find a covert vantage point from which to view the residence. The residence is located on a busy multi-lane boulevard and is obscured by trees and heavy foliage (see photos below). The driveway leading up to the residence is a long private driveway, which is gated towards the main street.



Aerial view of premises at 4910 Sierra College Blvd., Rocklin, CA

3



Entrance to Driveway



Front Gate Entrance

17,     The only other recent address listed for MONTGOMERY in the LexisNexis Accurint database is "4150 Grass Valley Hwy. Auburn, CA."  An internet search for this address shows that it is the business address for "1 Love Dog Rescue," a non-profit dog rescue shelter started by Justin and "Tania" MONTGOMERY.

4

18.     I also conducted a Facebook search for Justin MONTGOMERY, which showed that he advertises for "1 Love Dog Rescue." On MONTGOMERY's Facebook profile there is a video dated March 8, 2018, that appears to show the driveway at 4910 Sierra College Boulevard. (*See* photo below.)



Facebook video posted by Justin MONTGOMERY, dated March 8, 2018, showing the driveway for 4910 Sierra College Blvd.

19.     On March 27, 2018, I drove to 1 Love Dog Rescue (located at 4150A Grass Valley Highway, Auburn, California) to conduct surveillance. I noted that the location was advertised as "1 Love Dog Rescue" but was closed at the time. On the businesses website it states that the office hours are by appointment only. While I was at the business, I saw a notice in the window which states: "The owner of this property is armed." (*See* photo below.)



20.     A subsequent business records check showed that Justin MONTGOMERY is identified as the Chief Executive Officer for "1 Love Dog Rescue." (*See* Attachment G.)

## Training and Experience Related to Illegal Firearms Possession

21.     I know from my training and experience, and from discussions with other experienced law enforcement personnel that persons who illegally possess firearms also frequently possess the following evidence in their residences, storage units, vehicles and on their persons:

     a.  Firearms, lower receivers, upper receivers, grips, stocks, magazines, magazine repair kits, trigger assemblies, blanks, and barrels;

     b.  Firearm records (purchase/sale, method of payment), documents related to milling of the firearms, notes or other documentation concerning profits made (i.e., comparing cost of purchase vs. cost of sale); and

     c.  Indicia of persons in control over a premises where the above items are found, including addressed mail, material in the premises with personal identification information, photographs of persons in or about the location, etc.

22.     I also know from my training and experience, and from discussions with experienced law enforcement personnel, that individuals who own firearms store the firearms in safes, gun safes, locked cabinets, and/or other secured containers.  I know that individuals who possess firearms typically store their firearms in their homes, for reasons that include, to safely and securely store the firearm, for quick access to the firearm for protection, and for convenient access to use the firearm for sporting purposes.

23.     As described above and in Attachments A-1 through A-3, this affidavit seeks permission to search and seize firearms, ammunition, and indicia related to Justin MONTGOMERY's unlawful possession of firearms as proscribed by 18 U.S.C. § 922(g)(8).  Based on my training and experience, and discussions with other experienced law enforcement personnel, I know that individuals who illegally possess firearms also frequently possess the items described in Attachment B in their residences, storage units, and vehicles as described above.  Therefore, I am requesting authority to seize all the items listed in Attachment B, incorporated here by reference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## Conclusion

24.     The facts above demonstrate probable cause to believe that Justin MONTGOMERY has committed a violation of 18 U.S.C. § 922(g)(8), and that evidence, fruits, and instrumentalities of this offense, as described in Attachment B, are likely to be found at the locations listed in Attachments A-1 through A-3.

25.     Accordingly, I request authority to search:

a.     The residence located at **4910 Sierra College Blvd., Rocklin, California** (TARGET LOCATION 1) as described in Attachment A-1;

b.     The business located at **4150A Grass Valley Hwy., Auburn, California** (TARGET LOCATION 2), as described in Attachment A-2; and

c.     The person of **Justin Michael Walker MONTGOMERY**, provided he is located in the Eastern District of California at the time this search warrant is executed.  (*See* Attachment A-3.)

I swear, under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Matthew C. Ryckman
Special Agent
Bureau of Alcohol, Tobacco, Firearms
    and Explosives

Sworn and subscribed to me on March 29, 2018.

Hon. Edmund F. Brennan
United States Magistrate Judge

Approved as to form:

Timothy H. Delgado
Assistant United States Attorney

## Attachment A-1

### Search Warrant Site
### 4910 Sierra College Boulevard
### Rocklin, California 95677

A.    **TARGET LOCATION 1** – The premises to be searched are located at 4910 Sierra College Blvd., Rocklin, CA 95677.  This residence is located on the west side of Sierra College Blvd.  The number "4910" is affixed to a fence post at the entrance to the driveway.  The driveway is gated and secured and agents have no vantage point to observe and describe the residence.  An aerial view of the residence depicts a large single structure along the driveway with a tan shingled roof.  There are smaller buildings that appear to be garages within close proximity to the main building.



B.    The place to be searched includes the residence, all rooms, attics, basements, and storage areas; all trash receptacles; and all surrounding grounds, garages, storage rooms, or outbuildings of any kind, attached or unattached, located on the premises.  The place to be searched also includes all vehicles over which the owner, occupant, or resident of the aforementioned premises has dominion and control, as determined by the agents at the time of the execution of the search warrant by the agents' observations of such persons operating or accessing the vehicles; DMV

records showing ownership or use of the vehicles; witness statements establishing ownership or use of the vehicles; or car keys to operate the vehicles found in the actual or constructive possession of such persons found at the residence.

C.      The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises.  Any and all persons within the premises shall be subject to a "patdown" safety search to ensure officer safety.

D.      The search of this location, in the interest of public safety and common law enforcement practice, shall allow law enforcement officers to make any weapon on the property safe by removing the source of ammunition and ensuring that there are no rounds of ammunition in the chamber.

## Attachment A-2

### Search Warrant Site
### 4150A Grass Valley Highway
### Auburn, California 95602

A.  **TARGET LOCATION 2** – The premises to be searched are located at 4150A Grass
Valley Highway, Auburn, CA 95602. This business is located on the east side of Grass
Valley Highway connected to a business complex. The number "4150" is affixed to a sign on the
entrance to the complex and the letter "A" is affixed to the a door on the farthest door south of
the building. There is a sign in the window adjacent to that door which reads "1 Love Dog
Rescue."



B.   The place to be searched includes the business, all rooms, attics, basements, and storage
areas; all trash receptacles; and all surrounding grounds, garages, storage rooms, or outbuildings
of any kind, attached or unattached, located on the premises. The place to be searched also
includes all vehicles over which the owner or occupant of the aforementioned premises has
dominion and control, as determined by the agents at the time of the execution of the search
warrant by the agents' observations of such persons operating or accessing the vehicles; DMV

10

records showing ownership or use of the vehicles; witness statements establishing ownership or use of the vehicles; or car keys to operate the vehicles found in the actual or constructive possession of such persons found at the residence.

C.      The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises.  Any and all persons within the premises shall be subject to a "patdown" safety search to ensure officer safety.

D.      The search of this location, in the interest of public safety and common law enforcement practice, shall allow law enforcement officers to make any weapon on the property safe by removing the source of ammunition and ensuring that there are no rounds of ammunition in the chamber.

11

## Attachment A-3

### Places to be Searched

A.      The person of **Justin Michael Walker MONTGOMERY,** provided he is located in the
Eastern District of California at the time this search warrant is executed.

B.      The search of **Justin Michael Walker MONTGOMERY** is to include all bags and
backpacks located on his person or under his control, where the items specified in Attachment B
may be located.

## **Attachment B**

### **Items to be Seized**

Agents are authorized to search and seize property that constitutes evidence, fruits, and instrumentalities of a violation of 18 U.S.C. § 922(g)(8), committed by Justin MONTGOMERY.

1.    All firearms registered to Justin MONTGOMERY as reflected in the Automated Firearm System.

2.    Any firearm that does not have a lawful manufacturer stamp and serial number; any unregistered firearm under Justin MONTGOMERY's actual or constructive possession; and blanks of any kind (including AR-15 blanks).

3.    Records relating to the acquisition and distribution and repair of firearms, firearms parts, tools and/or equipment associated with the manufacture of machineguns, short barreled rifles and/or other firearms, including but not limited to ATF Forms 4473, California Dealer Of Record Sale (DROS) records, books, receipts, invoices, notes, ledgers, and pay/owe sheets.

4.    Rental or lease agreements for storage units, safety deposit boxes, other storage locations, keys, combinations, and/or access codes for them.

5.    Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.

6.    Any safes, locked cabinets, and/or other secured containers and/or devices at the locations and in/on vehicles identified in Attachments A.  Law enforcement shall be permitted to open such locked containers by force or through the use of a locksmith if necessary.

# # # #

# Attachment C

ROCKLIN POLICE DEPARTMENT - 3104

**Page 1**

**4080 ROCKLIN RD     ROCKLIN, CA 95677     916-625-5400**

**DOCUMENTATION ONLY REPORT**

**Case 18-77-5**

### OFFENSES

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Incident # |
|---|---|---|---|---|---|
| INCIDENT OUTSIDE | INFORMATION REPORT DOJ Bureau of FIREARMS DOJ Bureau of FIREARMS | | 03/18/2018 | 1000 | 1803180059 |
| | | | Date Reported 03/18/2018 | Time Reported 1000 | |
| | | | Related Cases | | |
| | | | Date Printed 03/19/2018 | Time Printed 08:57:55 | Printed By 2054 |
| | | | Latitude 38.796960 | Longitude -121.206880 | |

| Location | | Beat | Area | Disposition | Dispo Date |
|---|---|---|---|---|---|
| 4910 Sierra College Bl, Rocklin, CA 95677 | | 1 | 42 | SENT TO OUTSIDE AGENCY | 03/18/2018 |

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|
| HOUSE | | | | | |

### VICTIM

| Victim | | Drivers License | Cell Phone | Email | | | | |
|---|---|---|---|---|---|---|---|---|
| Residence Address | | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race | |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes | |
| Assistance Rendered/Victim Disposition | | | Transporting Agency | Means of Attack (Assaults) | | | | |
| Description of Injuries | | | Other Information | | | | | |

### MENTIONED

| MENTIONED | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| Residence Address ████████████ | | | Residence Phone | DOB | Age 41 | Sex M | Race W |
| Business Name and Address ████████████ | | | Business Phone | Height 6'3" | Wt 180 | Hair BRO | Eyes BLU |

### SUSPECT

| Suspect Name | | | Action Taken | Charges | | | |
|---|---|---|---|---|---|---|---|
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |
| Identifying Features | | | Cell Phone | Drivers License | | | Arrest Number |
| Aliases | | | | | | | Veh Damaged |

### VEHICLES

| Status | Vehicle Make and Model | License/State | VIN |
|---|---|---|---|
| | | | |

### OFFICERS

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| 259 - Jensen, Gregory | 03/18/2018 | | ROCKLIN POLICE DEPARTMENT | |
| Routed To: Other (See Note) | Date 03/19/2018 | Routed To     Date | Notes | |

ROCKLIN POLICE DEPARTMENT

CONTROLLED DOCUMENT
RELEASED TO:
DATE:
SIGNED:
LAW ENFORCEMENT PURPOSES ONLY

**CONTROLLED DOCUMENT - LAW ENFORCEMENT PURPOSES ONLY**

ROCKLIN POLICE DEPARTMENT - 3104

**4080 ROCKLIN RD    ROCKLIN, CA 95677    916-625-5400**

**DOCUMENTATION ONLY REPORT**

Page 2

Case
18-77-5

| MENTIONED | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| ████████ | | | | | | | |
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
| ███████████████ | | | ████████ | | | | |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |

| MENTIONED | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| █████████████ | | ████████ | | | | | |
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
| ██████████ CA ████ | | | ████████ | 04/18/1990 | 27 | F | W |
| Business Name and Address | | | Business Phone | Height 5'6" | Wt 130 | Hair BRO | Eyes BLU |

**CONTROLLED DOCUMENT - LAW ENFORCEMENT PURPOSES ONLY**



| ROCKLIN POLICE DEPARTMENT - 3304 | Page 3 |
|---|---|
| 4080 ROCKLIN RD    ROCKLIN, CA 95677    916-625-5400 <br> **NARRATIVE** | 18-77-5 |

## NARRATIVE:

On about 1000 hours, Rocklin PD dispatch received a call from an "Anonymous" person who said (M) Justin Montgomery had told them that "Tanya" or (M) Tetiana Montgomery's life is threatened.

I called the "Anonymous" person who was very clear that they did not want to provide a statement or have their name in the report. As a result, I explained to them the information they provide could not be used in court or to establish probable cause. I called (M) Tetiana Montgomery on the telephone to obtain her perspective and see if she had been the victim of any crime. I left a voice message, however did not receive an answer.

I ran (M) Justin Montgomery and saw he was the restrained party on a Sarasota Restraining Order that did not have an expiration date. This RO says, the restrained person "SHALL SURRENDER ANY FIREARMS AND AMMUNITION IN THE RESPONDANTS POSSESSION TO THE SARASOTA / MANATEE'S SHERIFF'S OFFICE." It furthermore states, "THE SUBJECT IS PROHIBITED FROM RECEIVING OR POSSESSING A FIREARM UNDER FEDERAL LAW TITLE 18 SECTION 922. The restrained party had the same, name, DOB, AKA (Michael Walker) and physical descriptors as (M) Justin Montgomery.

I saw in the Automated Firearms System (AFS - Attached) many firearms registered. I furthermore saw since being served this RO he has purchased many firearms. I called the Sarasta SO who forwarded me the original RO (Attached).

Based on the RO and provided documents, it appears he is not in lawful possession of these firearms.

I explained to the "Anonymous" person to call the Rocklin Police Department if anything changes and based on the fact she was "Anonymous" and fact (M) Tetiana Montgomery would not call me back, I was unable to determine if a crime had been committed.

## Disposition:

Forward to DOJ Bureau of FIREARMS

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 259 | JENSEN, GREGORY | 03/18/2018 | 233 | FARRULLA, GILBERT | 03/18/2018 |

*CONTROLLED DOCUMENT - LAW ENFORCEMENT PURPOSES ONLY*

# Attachment D

18-77-5

CITY POLICE DEPARTMENT
CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

IN THE CIRCUIT COURT OF THE _____ TWELFTH _____ JUDICIAL CIRCUIT,
IN AND FOR _____ SARASOTA _____ COUNTY, FLORIDA

Case No.: 2005 DR 6343 NC
Division: F1

Gabriel Davila,
_____
Petitioner,

and

Justin Montgomery
_____
Respondent.

## FINAL JUDGMENT OF INJUNCTION
## FOR PROTECTION AGAINST DOMESTIC VIOLENCE
## WITHOUT MINOR CHILDREN) (AFTER NOTICE)

The Petition for Injunction for Protection Against Domestic Violence under section 741.30, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter.

It is intended that this protection order meet the requirements of 18 U.S.C. §2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.

### HEARING

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Domestic Violence in this case should be (✓) issued ( ) modified ( ) extended.

The hearing was attended by    (✓) Petitioner           (✓) Respondent  IN JAIL : BY TV
                               ( ) Petitioner's Counsel  ( ) Respondent's Counsel

### FINDINGS

On (date) 7-1-05 _____, a notice of this hearing was served on Respondent together with a copy of Petitioner's petition in this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

After hearing the testimony of each party present and of any witnesses, or upon consent of Respondent, the Court finds, based on the specific facts of this case, that Petitioner is a victim of domestic violence or has reasonable cause to believe that he/she is in imminent danger of becoming a victim of domestic violence by Respondent.

### INJUNCTION AND TERMS

This injunction shall be in full force and effect until (✓) further order of the Court ( ) _____. This injunction is valid and enforceable in all counties of the State of Florida. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to

Florida Supreme Court Approved Family Law Form 12.980(d)(2), Final Judgment of Injunction for Protection Against Domestic Violence Without Minor Child(ren) (After Notice) (03/04)

FILED IN OPEN COURT THIS 13 DAY OF
_____ JULY _____ 2006
KAREN E. RUSHING, CLERK OF COURT
BY: _____ DEPUTY CLERK

...EN POLICE DEPARTMENT
CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

change or end this injunction at any time.

Any violation of this injunction, whether or not at the invitation of Petitioner or anyone else, may subject Respondent to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment. Certain willful violations of the terms of this injunction, such as: refusing to vacate the dwelling that the parties share; going to or being within 500 feet of Petitioner's residence, going to Petitioner's place of employment, school, or other place prohibited in this injunction; telephoning, contacting or communicating with Petitioner if prohibited by this injunction; knowingly or intentionally coming within 100 feet of Petitioner's motor vehicle, whether or not it is occupied; defacing or destroying Petitioner's personal property; refusing to surrender of firearms or ammunition if ordered to do so by the court; or committing an act of domestic violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by sections 775.082 and 775.083, Florida Statutes. In addition, it is a federal criminal felony offense, punishable by up to life imprisonment, depending on the nature of the violation, to cross state lines or enter Indian country for the purpose of engaging in conduct that is prohibited in this injunction. 18 U.S.C. § 2262.

**ORDERED and ADJUDGED:**

1. **Violence is Prohibited.** Respondent shall not commit, or cause any other person to commit, any acts of domestic violence against Petitioner. Domestic violence includes: assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnaping, false imprisonment, or any other criminal offense resulting in physical injury or death to Petitioner or any of Petitioner's family or household members. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to the Petitioner.

2. **No Contact.** Respondent shall have no contact with the Petitioner unless otherwise provided in this section.
   a. Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner. Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, Respondent shall not go to, in, or within 500 feet of: Petitioner's current residence *(list address)* 3716 Delta St Scusdale, FL
   to any residence to which Petitioner may move; Petitioner's current or any subsequent place of employment *(list address of current employment)* Justice Taco, 3114 Gulf of Mexico Dr. Gumenville BK or places where Petitioner attends school *(list address of school)*
   or the following other places (if requested by Petitioner) where Petitioner or Petitioner's minor child(ren) go often: Long Boat Key Club

   Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

___ b. Other provisions regarding contact: _____

_____

Florida Supreme Court Approved Family Law Form 12.980(d)(2), Final Judgment of Injunction for Protection Against Domestic Violence without Minor Child(ren) (A/An Husband) (06/03)

CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

3.   **Firearms.** Unless paragraph a. is initialed below, Respondent shall not have in his or her care, custody, possession or control any firearm or ammunition. It is a violation of section 790.233, Florida Statutes, and a first degree misdemeanor, for the respondent to have in his or her care, custody, possession or control any firearm or ammunition.

[Initial if applies; Write N/A if not applicable]

____   a. Respondent is a state or local officer as defined in section 943.10(14), Florida Statutes, who holds an active certification, who receives or possesses a firearm or ammunition for use in performing official duties on behalf of the officer's employing agency and is not prohibited by the court from having in his or her care, custody, possession or control a firearm or ammunition. The officer's employing agency may prohibit the officer from having in his or her care, custody, possession or control a firearm or ammunition.

(●)   b. Respondent shall surrender any firearms and ammunition in the Respondent's possession to the _____ County Sheriff's Department.

____   c. Other directives relating to firearms and ammunition:_____
_____

**NOTE: RESPONDENT IS ADVISED THAT IT IS A FEDERAL CRIMINAL FELONY OFFENSE TO SHIP OR TRANSPORT IN INTERSTATE OR FOREIGN COMMERCE, OR POSSESS IN OR AFFECTING COMMERCE, ANY FIREARM OR AMMUNITION; OR TO RECEIVE ANY FIREARM OR AMMUNITION WHICH HAS BEEN SHIPPED OR TRANSPORTED IN INTERSTATE OR FOREIGN COMMERCE WHILE SUBJECT TO SUCH AN INJUNCTION. 18 U.S.C. § 922(g)(8).**

4.   **Evaluation/Counseling.**
[Initial all that apply; write N/A if does not apply]
   a. The Court finds that Respondent has:
____   i.   willfully violated the ex parte injunction;
____   ii.  been convicted of, had adjudication withheld on, or pled nolo contendere to a crime involving violence or a threat of violence; and/or
____   iii. in this state or any other state, had at any time a prior injunction for protection entered against the respondent after a hearing with notice.

   *Note:   If respondent meets any of the above enumerated criteria, the Court must order the Respondent to attend a batterers' intervention program unless it makes written factual findings stating why such a program would not be appropriate. See § 741.30(6)(a)4, Florida Statutes.*

   b. Within ( )30 days ( )_____ days, (but no more than 30 days) of the date of this injunction, Respondent shall enroll in and thereafter without delay complete the following, and Respondent shall provide proof of such enrollment to the Clerk of Circuit Court within ( )30 days ( )_____ days, (but no more than 30 days) of the date of this injunction:

____   i.   A certified batterers' intervention program from a list of programs to be provided by the Court or any entity designated by the Court. Respondent shall also successfully complete any substance abuse or mental health evaluation that the assessing program counselor deems necessary as a predicate to completion of the batterers' intervention program.
____   ii.  A substance abuse evaluation at: _____
_____ or a similarly qualified facility and any substance abuse treatment recommended by that evaluation.

Florida Supreme Court Approved Family Law Form 12.980(d)(2), Final Judgment of Injunction for Protection Against Domestic Violence without Minor Child(ren) (After Notice) (03/02)

_____ POLICE DEPARTMENT
CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

_____ iii. A mental health evaluation by a licensed mental health professional at: _____ _____, or any other similarly qualified facility and any mental health treatment recommended by that evaluation.

_____ iv. Other: _____

_____ c. Although Respondent meets the statutory mandate of attendance at a batterers' intervention program, the Court makes the following written findings as to why the condition of batterers' intervention program would be inappropriate: _____

_____ d. Petitioner is referred to a certified domestic violence center and is provided with a list of certified domestic violence centers in this circuit, which Petitioner may contact.

5.   **Mailing Address.** Respondent shall notify the Clerk of the Court of any change in his or her mailing address within ten (10) days of the change. All further papers (excluding pleadings requiring personal service) shall be served by mail to Respondent's last known address. Such service by mail shall be complete upon mailing. Rule 12.080, Fla.Fam.L.R.P., section 741.30, Florida Statutes.

6.   Other provisions necessary to protect Petitioner from domestic violence: _____
_____
_____
_____
_____
_____

### TEMPORARY EXCLUSIVE USE AND POSSESSION OF HOME

[initial if applies; Write N/A if not applicable]

7. _N/A_   **Possession of the Home.** ( ✓ Petitioner ( ) Respondent shall have temporary exclusive use and possession of the dwelling located at: 3716 Delta St. Sarasota, FL

8. _____   **Transfer of Possession of the Home.** A law enforcement officer with jurisdiction over the home shall accompany ( ) Petitioner ( ) Respondent to the home, and shall place ( ) Petitioner ( ) Respondent in possession of the home.

9. _____   **Personal Items.** ( ___ ) Petitioner ( ✓ ) Respondent, in the presence of a law enforcement officer, may return to the premises described above ( ) on _____, at _____ a.m./p.m., or ( ✓ ) at a time arranged with the law enforcement department with jurisdiction over the home, accompanied by a law enforcement officer only, for the purpose of obtaining his or her clothing and items of personal health and hygiene and tools of the trade. A law enforcement officer with jurisdiction over the premises shall go with ( ) Petitioner ( ) Respondent to the home and stand by to insure that he/she vacates the premises with only his/her personal clothing, toiletries, tools of the trade, and any items listed in paragraph 10 below. The law enforcement agency shall not be responsible for storing or transporting any property. IF THE RESPONDENT IS NOT AWARDED POSSESSION OF THE HOME AND GOES TO THE HOME WITHOUT A LAW

Florida Supreme Court Approved Family Law Form 12.980(d)(1), Final Judgment of Injunction for Protection Against Domestic Violence without Minor Child(ren) (After Notice) (9/12)

CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

**ENFORCEMENT OFFICER, IT IS A VIOLATION OF THIS INJUNCTION.**

10. _____ The following other personal possessions may also be removed from the premises at this time: _____
_____
_____

11. Other: _Respondent may not remove_
_property for invaded chato a been_
_removed by circuit court._

## TEMPORARY SUPPORT

12. **Temporary Alimony,**
[Initial all that apply; write N/A if does not apply]

_____ a. The court finds that there is a need for temporary alimony and that ( ) Petitioner ( ) Respondent (hereinafter Obligor) has the present ability to pay alimony and shall pay temporary alimony to ( ) Petitioner ( ) Respondent (hereinafter Obligee) in the amount of $_____ per month, payable ( ) in accordance with Obligor's employer's payroll cycle, and in any event, at least once a month ( ) other (explain) _____

beginning (date) _____. This alimony shall continue until modified by court order, until a final judgment of dissolution of marriage is entered, until Obligee dies, until this injunction expires, or until (date) _____, _____, whichever occurs first.

_____ b. ( ) Petitioner ( ) Respondent shall be required to maintain health insurance coverage for the other party. Any uncovered medical costs for the party awarded alimony shall be assessed as follows: _____

_____ c. Other provisions relating to alimony: _____
_____

13. **Method of Payment.**
[Initial one only]

_____ a. Obligor shall pay any temporary alimony ordered through income deduction, and such support shall be paid to the Central Government Depository in _____ County. Obligor is individually responsible for paying this support obligation in the event that all or any portion of said support is not deducted from Obligor's income. Obligor shall also pay the applicable Central Government Depository service charge. Until alimony payments are deducted from Obligor's paycheck pursuant to the Income Deduction Order, Obligor is responsible for making timely payments directly to the Central Government Depository.

_____ b. Temporary alimony shall be paid through the Central Government Depository in the office of the (name of county) _____ County Clerk of Circuit Court. Obligor shall also pay the applicable Central Government Depository service charge.

_____ c. Other provisions relating to method of payment: _____
_____

Florida Supreme Court Approved Family Law Form 12.980(473), Final Judgment of Injunction for Protection Against Domestic Violence without Minor Child(ren) (After Notice) (05/05)

**OTHER SPECIAL PROVISIONS**
*(This section to be used for inclusion of local provisions approved by the chief judge as provided in Florida Family Law Rule 12.610.)*

**DIRECTIONS TO LAW ENFORCEMENT OFFICER IN ENFORCING THIS INJUNCTION**
*(Provisions in this injunction that do not include a line for the judge to either initial or write N/A are considered mandatory provisions and should be interpreted to be part of this injunction.)*

1. This injunction is valid in all counties of the State of Florida. Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without warrant pursuant to section 901.15, Florida Statutes, for any violation of its provisions, except those regarding child support and/or alimony, which constitutes a criminal act under section 741.31, Florida Statutes. When inconsistent with this order, any subsequent court order issued under Chapter 61, Florida Statutes, shall take precedence over this order on all matters relating to property division, alimony, child custody, or child support.

2. THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA, AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES. The arresting agent shall notify the State Attorney's Office immediately after arrest.

3. Reporting alleged violations. If Respondent violates the terms of this injunction and there has not been an arrest, Petitioner may contact the Clerk of the Circuit Court of the county in which the violation occurred and complete an affidavit in support of the violation, or Petitioner may contact the State Attorney's office for assistance in filing an action for indirect civil contempt or indirect criminal contempt. Upon receiving such a report, the State Attorney is hereby appointed to prosecute such violations by indirect criminal contempt proceedings, or the State Attorney may decide to file a criminal charge, if warranted by the evidence.

4. Respondent, upon service of this injunction, shall be deemed to have knowledge of and to be bound by all matters occurring at the hearing and on the face of this injunction.

5. The temporary injunction, if any, entered in this case is extended until such time as service of this injunction is effected upon Respondent.

ORDERED on 7-13-05

**CIRCUIT JUDGE**

COPIES TO:
Sheriff of ___SARASOTA___ County
Petitioner (or his or her attorney): ☑ by U.S. Mail
                                         by hand delivery in open court (Petitioner must

*Florida Supreme Court Approved Family Law Form 12.980(f)(2), Final Judgment of Injunction for Protection Against Domestic Violence without Minor Child(ren) (After Notice) (06/03)*

ROCKLIN POLICE DEPARTMENT
CONTROLLED DOCUMENT
LAW ENFORCEMENT PURPOSES ONLY

acknowledge receipt in writing on the face of the
original order - see below.)
forwarded to sheriff for service

Respondent (or his or her attorney): ___✗

by hand delivery in open court (Respondent must
acknowledge receipt in writing on the face of the
original order - see below.) — In 35 (This)

by certified mail (may only be used when Respondent is
present at the hearing and Respondent fails or refuses to
acknowledge the receipt of a certified copy of this
injunction.)

____ State Attorney's Office
____ Batterer's intervention program (if ordered)
____ Central Governmental Depository (if ordered)
____ Department of Revenue
____ Other: _____

I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the
Clerk of the Circuit Court of _SARASOTA_ County, Florida, and that I have furnished copies of this order
as indicated above.                    KAREN E. RUSHING, CLERK
                                       CLERK OF THE CIRCUIT COURT

(SEAL)

                                By: _____
                                    Deputy Clerk

ACKNOWLEDGMENT

I, (Name of Petitioner) Gabriel Davila ___ acknowledge receipt of a certified copy
of this Injunction for Protection.

_____
Petitioner

ACKNOWLEDGMENT

I, (Name of Respondent) Justin montgomery ___ acknowledge receipt of a
certified copy of this Injunction for Protection.

        Served in Sarasota, Fiol
_____
Respondent

Florida Supreme Court Approved Family Law Form 12.980(b)(2), Final Judgment of Injunction for Protection Against Domestic Violence
without Minor Child(ren) (After Notice) (03/09)

# Attachment E

## Person - Comments Detail

### Person

| Last | | First | | Middle | | Suffix | DOB |
|------|---|-------|---|--------|---|--------|-----|
| MONTGOMERY | | JUSTIN | | MICHAEL WALKER | | | ███ |

| ID Type | Number | Source | | Race | Eyes | Hair | Gender |
|---------|--------|--------|---|------|------|------|--------|
| CDL | B5176161 | CA | | WHITE | BLUE | BROWN | M |

| Height | Weight | POB | | Status | Start Date | End Date | |
|--------|--------|-----|---|--------|------------|----------|---|
| 6 ft 3 in | 180 lbs | UNITED STATES OF AMERICA | | PROHIBITED | 07/13/2005 | Lifetime | |

**US Citizen?** AR/I-94 Number  Country of Citizenship
Yes

### Previously Saved Comments

| Comment Text | Entered By | Date Entered |
|--------------|------------|--------------|
| PROHIBITIONS TAB: FBI/845360WA7 / PROTECTION ORDER / OCA/2005DR006343NC / NIC/H436569271 / RESP SHALL SURRENDER ANY FIREARMS AND AMMUNITION IN THE MIS/RESPONDENT'S POSSESSION TO THE SARASOTA/MANATEE COUNTY SHERIFF'S OFFICE / ORI IS SARASOTA CO SO SARASOTA 941 861-5800 / PC 9/05/17 | CASSELP | 09/05/2017 05:59PM |
| COMMENTS TAB: ADDRESS CURRENT PER ACCURINT AND WEAPONS REVIEWED IN AFS, 9/05/17 PC. | CASSELP | 09/05/2017 05:46PM |
| IDs TAB: CID REMOVED | GARRETS | 08/30/2016 09:08AM |

Back        Edit Mode        Main Menu

## Person - Prohibition Detail

### Person

| Last | | First | | Middle | | Suffix | DOB |
|------|--|-------|--|--------|--|--------|-----|
| MONTGOMERY | | JUSTIN | | MICHAEL WALKER | | | ███ |

| ID Type | Number | Source | | Race | Eyes | Hair | Gender |
|---------|--------|--------|--|------|------|------|--------|
| CDL | B5176161 | CA | | WHITE | BLUE | BROWN | M |

| Height | Weight | POB | Status | Start Date | End Date |
|--------|--------|-----|--------|-----------|----------|
| 6 ft 3 in | 180 lbs | UNITED STATES OF AMERICA | PROHIBITED | 07/13/2005 | Lifetime |

| US Citizen? | AR/I-94 Number | Country of Citizenship |
|-------------|----------------|------------------------|
| Yes | | |

### Prohibitions

| Prohibition Reason | Criterion | Start Date | End Date | Comment |
|--------------------|-----------|------------|----------|---------|
| Out of State DV Court Order | Brady Prohibition | 07/13/2005 | ██████ | FBI/845360WA7 / PROTECTION ORDER / OCA/2005DR006343NC / NIC/H436569271 / RESP SHALL SURRENDER ANY FIREARMS AND AMMUNITION IN THE MIS/RESPONDENT'S POSSESSION TO THE SARASOTA/MANATEE COUNTY SHERIFF'S OFFICE / ORI IS SARASOTA CO SO SARASOTA 941 861-5800 / PC 9/05/17 |

Back      Edit Mode      Main Menu

# Attachment F

# Dealer's Record of Sales of Firearm
### State of California

Cross Ref DROS Number: **ADA507073**
Transaction Number: 2300974
DROS NUMBER: **2277700783400572**
TRANSACTION DATE / TIME: 06/12/2016 12:33:14 PM

Dealer ID: 22777
**STATUS: APPROVED**
DELIVERED: 07/08/2016 1:16:19 PM
DELIVERED BY: DENNIS GLENN

## PURCHASER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | SUFFIX |
|---|---|---|---|---|
| JUSTIN | MICHAEL WALKER | MONTGOMERY | | |
| **ALIAS FIRST NAME** | **ALIAS MIDDLE NAME** | **ALIAS LAST NAME** | | **ALIAS SUFFIX** |
| | | | | |

| STREET ADDRESS | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|
| 4910 SIERRA COLLEGE BLVD | ROCKLIN | | CA | 95677 | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| CDL | B5176161 | MALE | WHITE | BLUE | BROWN | 6' 03" | 180 LBS |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| | CALIFORNIA |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| YES | | |

| HSC NUMBER | HSC EXEMPTION CODE |
|---|---|
| 2178300 | |

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code sections 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger to self or others pursuant to Welfare and Institutions Code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC sections 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## SELLER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| STREET ADDRESS | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|
| | | | | | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| | | |

## FIREARM INFORMATION

| MAKE | MODEL | CALIBER(S) | COLOR |
|---|---|---|---|
| STAG ARM | Stag-15 | 0000 | BLACK |

| SERIAL NUMBER | OTHER NUMBER | TYPE | CATEGORY |
|---|---|---|---|
| Y401434 | | RIFLE | SEMI-AUTOMATIC |

| BARREL LENGTH | FRAME/RECEIVER ONLY | NEW/USED FIREARM | FSD COMPLIANCE | MATERIAL |
|---|---|---|---|---|
| | YES | NEW | FSD PURCHASED | |

| COMMENT |
|---|
| |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY EXEMPTION | WAITING PERIOD EXEMPTION | COE, SWP, OR CFD# |
|---|---|---|---|---|
| DEALER SALE | NO | YES | NONE | |

## DEALER INFORMATION

ROCKLIN ARMORY INC
4800 GRANITE DRIVE SUITE B3
ROCKLIN, CA 95677

| DROS ENTERED BY | DEALERSHIP TELEPHONE |
|---|---|
| DENNIS GLENN | 916 - 624 - 3043 |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (Penal Code 28250).

Date Printed: 03/20/2018 10:13:30 AM

# Dealer's Record of Sale of Firearm
State of California

Cross Ref DROS Number:  TA768643

Transaction Number:  2506282

Dealer ID: 22793

**DROS NUMBER: 2279300790303341.**

**STATUS: APPROVED**

TRANSACTION DATE / TIME: 08/20/2016 04:05:08 PM

DELIVERED: 08/30/2016 05:20:25 PM
DELIVERED BY: BRITTANY

## PURCHASER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | | SUFFIX | |
|---|---|---|---|---|---|---|
| JUSTIN | MICHAEL WALKER | MONTGOMERY | | | | |
| **ALIAS FIRST NAME** | **ALIAS MIDDLE NAME** | **ALIAS LAST NAME** | | | **ALIAS SUFFIX** | |
| | | | | | | |

| STREET ADDRESS | | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| 4910 SIERRA COLLEGE BLVD | | ROCKLIN | | CA | 95677 | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| CID | B5176161 | MALE | WHITE | BLUE | BROWN | 6' 03" | 180 LBS |

| DATE OF BIRTH | | PLACE OF BIRTH | |
|---|---|---|---|
| | | CALIFORNIA | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| YES | | |

| HSC NUMBER | HSC EXEMPTION CODE |
|---|---|
| 2178300 | |

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code sections 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger to self or others pursuant to Welfare and Institutions Code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC sections 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## SELLER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | SUFFIX | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| STREET ADDRESS | | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DATE OF BIRTH | | PLACE OF BIRTH | |
|---|---|---|---|
| | | | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| | | |

## FIREARM INFORMATION

| MAKE | | MODEL | CALIBER(S) | COLOR |
|---|---|---|---|---|
| | | ROCK ISLAND 1911 A-1 GIMS | 45 | BLACK |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | **CATEGORY** | |
| RIA1779563 | | PISTOL | SEMI-AUTOMATIC | |
| **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED FIREARM** | **FSD COMPLIANCE** | **MATERIAL** |
| 4 IN | NO | NEW | OEM | BLUE STEEL |
| **COMMENT** | | | | |
| | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY EXEMPTION | WAITING PERIOD EXEMPTION | COE, SWP, OR CFD# |
|---|---|---|---|---|
| DEALER SALE | NO | NO | NONE | |

## DEALER INFORMATION

SACRAMENTO ARMORY
6238 GREENBACK LN B
CITRUS HEIGHTS, CA 95621

| DROS ENTERED BY | DEALERSHIP TELEPHONE |
|---|---|
| NICHOLAS KRESS | 916 - 745 - 3317 |

FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (Penal Code 28250).

Date Printed:   03/20/2018 10:14:42 AM

# Dealer's Record of Sales of Firearm
State of California

Cross Ref DROS Number: **ADL656720**
Transaction Number: 3023232

**DROS NUMBER: 1674600802901640**
TRANSACTION DATE / TIME: 12/24/2016 4:44:24 PM

Dealer ID: 16746

**STATUS: APPROVED**
DELIVERED: 01/03/2017 5:16:31 PM
DELIVERED BY: MICHAEL

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| JUSTIN | | MICHAEL WALKER | | MONTGOMERY | | | |
| **ALIAS FIRST NAME** | | **ALIAS MIDDLE NAME** | | **ALIAS LAST NAME** | | | **ALIAS SUFFIX** |
| | | | | | | | |

| STREET ADDRESS | | CITY | | STATE | ZIP | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| 4910 SIERRA COLLEGE BLVD | | ROCKLIN | | CA | 95677 | | |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | **HAIR COLOR** | **HEIGHT** | **WEIGHT** |
| CDL | B5176161 | MALE | WHITE | BLUE | BROWN | 6' 03" | 180 LBS |

| DATE OF BIRTH | | PLACE OF BIRTH | |
|---|---|---|---|
| | | CALIFORNIA | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# | |
|---|---|---|---|
| YES | | | |

| HSC NUMBER | HSC EXEMPTION CODE |
|---|---|
| 2178300 | |

| | NO |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code sections 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger to self or others pursuant to Welfare and Institutions Code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC sections 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## SELLER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| STREET ADDRESS | | CITY | | STATE | ZIP | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | **HAIR COLOR** | **HEIGHT** | **WEIGHT** |
| | | | | | | | |

| DATE OF BIRTH | | PLACE OF BIRTH | |
|---|---|---|---|
| | | | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# | |
|---|---|---|---|
| | | | |

## FIREARM INFORMATION

| MAKE | | MODEL | CALIBER(S) | COLOR | |
|---|---|---|---|---|---|
| MOSSBERG, O.F., & SONS | | 500 | 12 | BLACK | |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | | **CATEGORY** | |
| V0463325 | | SHOTGUN | | PUMP ACTION | |
| **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED FIREARM** | | **FSD COMPLIANCE** | **MATERIAL** |
| 18.5 IN | NO | NEW | | OEM | |
| **COMMENT** | | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY EXEMPTION | WAITING PERIOD EXEMPTION | COE, SWP, OR CFD# |
|---|---|---|---|---|
| DEALER SALE | NO | YES | NONE | |

## DEALER INFORMATION

BIG 5 SPORTING GOODS 179
2556 GRASS VALLEY HWY
AUBURN, CA 95603

| DROS ENTERED BY | DEALERSHIP TELEPHONE |
|---|---|
| NATHAN GRAVATT | 530 - 887 - 8326 |
| FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (Penal Code 28250). | |

Date Printed: 03/20/2018 10:13:47 AM

# Dealer's Record of Sales of Firearm
### State of California

Cross Ref DROS Number: ADM042932
Transaction Number: 3334864

**DROS NUMBER: 2171700816901912**

TRANSACTION DATE / TIME: 05/13/2017 3:04:04 PM

Dealer ID: 21717

**STATUS: APPROVED**
DELIVERED: 05/24/2017 4:22:03 PM
DELIVERED BY: EDWARD GILBERT

## PURCHASER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| JUSTIN | | MICHAEL WALKER | | MONTGOMERY | | | |
| **ALIAS FIRST NAME** | | **ALIAS MIDDLE NAME** | | **ALIAS LAST NAME** | | | **ALIAS SUFFIX** |
| | | | | | | | |

| STREET ADDRESS | | CITY | | STATE | ZIP | TELEPHONE | |
|---|---|---|---|---|---|---|---|
| 4910 SIERRA COLLEGE BLVD | | ROCKLIN | | CA | 95677 | | |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | **HAIR COLOR** | **HEIGHT** | **WEIGHT** |
| CDL | B5176161 | MALE | WHITE | BLUE | BROWN | 6' 03 " | 180 LBS |
| **DATE OF BIRTH** | | **PLACE OF BIRTH** | | | | | |
| | | CALIFORNIA | | | | | |
| **US CITIZEN** | **COUNTRY OF CITIZENSHIP** | | **AR OR I94#** | | | | |
| YES | | | | | | | |
| **HSC NUMBER** | **HSC EXEMPTION CODE** | | | | | | |
| 2178300 | | | | | | | |

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code sections 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger to self or others pursuant to Welfare and Institutions Code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC sections 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## SELLER INFORMATION

| FIRST NAME | | MIDDLE NAME | | LAST NAME | | | SUFFIX |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **STREET ADDRESS** | | **CITY** | | **STATE** | **ZIP** | **TELEPHONE** | |
| | | | | | | | |
| **ID TYPE** | **ID NUMBER** | **GENDER** | **RACE** | **EYE COLOR** | **HAIR COLOR** | **HEIGHT** | **WEIGHT** |
| | | | | | | | |
| **DATE OF BIRTH** | | **PLACE OF BIRTH** | | | | | |
| | | | | | | | |
| **US CITIZEN** | **COUNTRY OF CITIZENSHIP** | | **AR OR I94#** | | | | |
| | | | | | | | |

## FIREARM INFORMATION

| MAKE | | MODEL | | CALIBER(S) | COLOR | |
|---|---|---|---|---|---|---|
| KEYSTONE ARMS CO | | CRICKETT | | 22 | BLUE, DARK | |
| **SERIAL NUMBER** | **OTHER NUMBER** | **TYPE** | | **CATEGORY** | | |
| 809471 | | RIFLE | | BOLT ACTION | | |
| **BARREL LENGTH** | **FRAME/RECEIVER ONLY** | **NEW/USED FIREARM** | | **FSD COMPLIANCE** | **MATERIAL** | |
| 16 IN | NO | NEW | | SAFE AFFIDAVIT | | |
| **COMMENT** | | | | | | |
| | | | | | | |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY EXEMPTION | WAITING PERIOD EXEMPTION | COE, SWP, OR CFD# |
|---|---|---|---|---|
| DEALER SALE | NO | YES | NONE | |

## DEALER INFORMATION

EWG GUNS INC
5959 HORSESHOE BAR RD
LOOMIS, CA 95650

| DROS ENTERED BY | | DEALERSHIP TELEPHONE |
|---|---|---|
| EDWARD GILBERT | | 916 - 652 - 4867 |
| FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (Penal Code 28250). | | |

Date Printed:  03/20/2018 10:14:05 AM

# Dealer's Record of Sales of Firearm
### State of California

**Cross Ref DROS Number:** ADM042947
**Transaction Number:** 3334864
**DROS NUMBER: 2171700816901927**
**TRANSACTION DATE / TIME:** 05/13/2017 3:06:58 PM

**Dealer ID:** 21717
**STATUS: APPROVED**
**DELIVERED:** 05/24/2017 4:23:22 PM
**DELIVERED BY:** EDWARD GILBERT

## PURCHASER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | SUFFIX |
|---|---|---|---|---|
| JUSTIN | MICHAEL WALKER | MONTGOMERY | | |
| ALIAS FIRST NAME | ALIAS MIDDLE NAME | ALIAS LAST NAME | | ALIAS SUFFIX |
| | | | | |

| STREET ADDRESS | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|
| 4910 SIERRA COLLEGE BLVD | ROCKLIN | | CA | 95677 | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| CDL | B5176161 | MALE | WHITE | BLUE | BROWN | 6' 03 " | 180 LBS |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| | CALIFORNIA |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| YES | | |

| HSC NUMBER | HSC EXEMPTION CODE |
|---|---|
| 2178300 | |

| | |
|---|---|
| Has purchaser ever been convicted of a felony or of an offense described in Penal Code sections 29905, 23515, or convicted of assault, battery, or other misdemeanor offense specified in Penal Code section 29805 in the last 10 years? | NO |
| Is purchaser a danger to self or others pursuant to Welfare and Institutions Code (WIC) section 8100, or a person who has been admitted to a mental health facility as a danger to self or others pursuant to WIC sections 5150, 5151, and/or 5152 within the past five years? | NO |
| Has purchaser ever been adjudicated by a court to be danger to others, found not guilty by reason of insanity, found incompetent to stand trial, or placed under a conservatorship pursuant to Welfare and Institutions Code section 8103? | NO |
| Is purchaser currently the subject of any restraining order pursuant to Family Code section 6380? | NO |

## SELLER INFORMATION

| FIRST NAME | MIDDLE NAME | LAST NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| STREET ADDRESS | CITY | | STATE | ZIP | TELEPHONE |
|---|---|---|---|---|---|
| | | | | | |

| ID TYPE | ID NUMBER | GENDER | RACE | EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DATE OF BIRTH | PLACE OF BIRTH |
|---|---|
| | |

| US CITIZEN | COUNTRY OF CITIZENSHIP | AR OR I94# |
|---|---|---|
| | | |

## FIREARM INFORMATION

| MAKE | MODEL | CALIBER(S) | COLOR |
|---|---|---|---|
| REMINGTON ARMS CO INC | 760 | 270 | BLUE, DARK |

| SERIAL NUMBER | OTHER NUMBER | TYPE | CATEGORY |
|---|---|---|---|
| 262251 | | RIFLE | PUMP ACTION |

| BARREL LENGTH | FRAME/RECEIVER ONLY | NEW/USED FIREARM | FSD COMPLIANCE | MATERIAL |
|---|---|---|---|---|
| 22 IN | NO | USED | SAFE AFFIDAVIT | |

| COMMENT |
|---|
| |

## TRANSACTION INFORMATION

| TRANSACTION TYPE | GUN SHOW TRANSACTION | 30-DAY EXEMPTION | WAITING PERIOD EXEMPTION | COE, SWP, OR CFD# |
|---|---|---|---|---|
| DEALER SALE | NO | YES | NONE | |

## DEALER INFORMATION

EWG GUNS INC
5959 HORSESHOE BAR RD
LOOMIS, CA 95650

| DROS ENTERED BY | DEALERSHIP TELEPHONE |
|---|---|
| EDWARD GILBERT | 916 - 652 - 4867 |
| FALSIFICATION OF INFORMATION ON THIS FORM IS A CRIME, PUNISHABLE BY UP TO 18 MONTHS IN STATE PRISON (Penal Code 28250). | |

Date Printed:  03/20/2018 10:14:17 AM

# Attachment G

## Important:

## ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.    User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Business Report

Business Report
Date: 03/27/2018

## Subject Information
Reference ID:        NONE

| | |
|---|---|
| Names: | 1 LOVE DOG RESCUE |
| | 1 LOVE DOG RESCUE, INC. |
| Domain Name: | 1LOVEDOGRESCUE.ORG |
| Addresses: | 4313 CAREYBACK AVE, ELK GROVE, CA 95758-6006 (SACRAMENTO COUNTY) |
| | 4910 SIERRA COLLEGE BLVD, ROCKLIN, CA 95677-3804 (PLACER COUNTY) |
| Phone: | (530) 643-1107 (PT) |
| Link Number: | 298552390 |
| D-U-N-S® Number: | 05-971-0478 |
| FEIN: | None Found |
| Industry: | 07520204 - Shelters, Animal |

## Subsidiaries (None Found)

## Other Businesses at Address (2 Found)
JOLIE REALTY INC (Primary)
Link Number: 3041281570

TAILORED HOMES INC (Primary)
TAILORED HOMES, INC. (Primary)
Link Number: 902744570

## Corporations (1 Found)
Incorporation State: CA
1 LOVE DOG RESCUE, INC. (Primary)
Address: 4313 CAREYBACK AVE, ELK GROVE, CA 95758-6006 (SACRAMENTO COUNTY)
Filing Number: C3579186
Link Number: 298552390
D-U-N-S® Number: 05-971-0478
Filing Office Link Number: 1807680030
Filing Office D-U-N-S® Number: 36-153-6006
Corporation Type: Non-Profit
Address Type: Mailing
Registration Type: Corporation
Verification Date: 06/02/2017
Filing Date: 06/10/2013
Incorporation Date: 06/10/2013
Date First Seen: 08/26/2013
Date Last Seen: 06/12/2017
Franchise Tax Board Status: Delinquent
Franchise Tax Board Status Date: 06/01/2017

Received Date: 06/06/2017
Filing Office Name: **BUSINESS PROGRAMS DIVISION**
Filing Office Address: **1500 11TH ST FL 3, SACRAMENTO, CA 95814-5701 (SACRAMENTO COUNTY)**
File Date: 06/13/2017
Sec Status: **Suspended**

Corporate Officers and Directors
**JUSTIN MONTGOMERY** , Title: **Chief Executive Officer** [ View Person Record ]
**4313 CAREYBACK AVE, ELK GROVE, CA 95758-6006 (SACRAMENTO COUNTY)**
**JUSTIN MONTGOMERY** , Title: **Registered Agent** [ View Person Record ]
**4313 CAREYBACK AVE, ELK GROVE, CA 95758-6006 (SACRAMENTO COUNTY)**

Corporate Amendments
Filing Date: 06/01/2017
Reason: **Suspended Corporation**
Description: **FRANCHISE TAX BOARD SUSPENSION**

# Other Corporations at Address (2 Found)

**1 LOVE DOG RESCUE, INC.** (Primary) [ View Business Record ]
Incorporated In: **California**
Status: **Suspended**

**JOLIE REALTY, INC.** (Primary)
Incorporated In: **California**
Status: **Dissolved**

# Property Deeds (None Found)
# Property Assessments (None Found)
# Property Foreclosures (None Found)
# Evictions (None Found)
# Aircraft Records (None Found)
# Bankruptcy Filings (None Found)
# Liens (None Found)
# Judgments (None Found)
# UCC Filings (None Found)
# Other Known Employees (None Found)
# Possible Current and Former Employees (None Found)

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of: | ) |
| | ) |
| The residence located at 4910 Sierra College Blvd., | ) |
| Rocklin, California, as described in Attachment A-1. | ) |
| | ) |

Case No.

2:18 - SW - 0 3 1 1   **EFB**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ CALIFORNIA _____
*(identify the person or describe the property to be searched and give its location)*:

**See ATTACHMENT A-1, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 12, 2018 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to:  any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for  30  days *(not to exceed 30)* ☐  until, the facts justifying, the later specific date of _____

Date and time issued:  3-29-2018
                        at 3:25 pm.

_____
*Judge's signature*

City and state:     Sacramento, California

Hon. Edmund F. Brennan, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.


_____        _____
          Signature of Judge                                    Date

## Attachment A-1

### Search Warrant Site
### 4910 Sierra College Boulevard
### Rocklin, California 95677

A.    **TARGET LOCATION 1** – The premises to be searched are located at 4910 Sierra College Blvd., Rocklin, CA 95677. This residence is located on the west side of Sierra College Blvd. The number "4910" is affixed to a fence post at the entrance to the driveway. The driveway is gated and secured and agents have no vantage point to observe and describe the residence. An aerial view of the residence depicts a large single structure along the driveway with a tan shingled roof. There are smaller buildings that appear to be garages within close proximity to the main building.



B.    The place to be searched includes the residence, all rooms, attics, basements, and storage areas; all trash receptacles; and all surrounding grounds, garages, storage rooms, or outbuildings of any kind, attached or unattached, located on the premises. The place to be searched also includes all vehicles over which the owner, occupant, or resident of the aforementioned premises has dominion and control, as determined by the agents at the time of the execution of the search warrant by the agents' observations of such persons operating or accessing the vehicles; DMV

records showing ownership or use of the vehicles; witness statements establishing ownership or use of the vehicles; or car keys to operate the vehicles found in the actual or constructive possession of such persons found at the residence.

C.      The search of this location shall also authorize officers conducting the search to require the production of identification of any person reasonably believed by the officers to have possession and control of the premises.  Any and all persons within the premises shall be subject to a "patdown" safety search to ensure officer safety.

D.      The search of this location, in the interest of public safety and common law enforcement practice, shall allow law enforcement officers to make any weapon on the property safe by removing the source of ammunition and ensuring that there are no rounds of ammunition in the chamber.

## Attachment B

### Items to be Seized

Agents are authorized to search and seize property that constitutes evidence, fruits, and instrumentalities of a violation of 18 U.S.C. § 922(g)(8), committed by Justin MONTGOMERY.

1. All firearms registered to Justin MONTGOMERY as reflected in the Automated Firearm System.

2. Any firearm that does not have a lawful manufacturer stamp and serial number; any unregistered firearm under Justin MONTGOMERY's actual or constructive possession; and blanks of any kind (including AR-15 blanks).

3. Records relating to the acquisition and distribution and repair of firearms, firearms parts, tools and/or equipment associated with the manufacture of machineguns, short barreled rifles and/or other firearms, including but not limited to ATF Forms 4473, California Dealer Of Record Sale (DROS) records, books, receipts, invoices, notes, ledgers, and pay/owe sheets.

4. Rental or lease agreements for storage units, safety deposit boxes, other storage locations, keys, combinations, and/or access codes for them.

5. Indicia of occupancy, residency, and/or ownership of the items noted above and of the premises, including but not limited to, papers, correspondence, canceled envelopes, canceled postcards, bills, and registration documents.

6. Any safes, locked cabinets, and/or other secured containers and/or devices at the locations and in/on vehicles identified in Attachments A. Law enforcement shall be permitted to open such locked containers by force or through the use of a locksmith if necessary.

# # # #

13